# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Koyo N. Brown,<br><br>    Petitioner,<br><br>v.<br><br>David Shinn, et al.,<br><br>    Respondents. | No. CV-20-0733-PHX-ROS<br><br>**ORDER** |

On January 25, 2021, Magistrate Judge Deborah M. Fine issued a Report and Recommendation ("R&R") recommending Petitioner Koyo N. Brown's petition for writ of habeas corpus (Doc. 1) be dismissed with prejudice as procedurally defaulted without excuse. Petitioner's objections were due February 11, 2021. Petitioner did not file any objections. The R&R will be adopted in full.

Accordingly,

**IT IS ORDERED** the Report and Recommendation (Doc. 39) is **ADOPTED IN FULL**.

**IT IS FURTHER ORDERED** the Petition for Writ of Habeas Corpus (Doc. 1) is **DENIED** and **DISMISSED WITH PREJUDICE**.

**IT IS FURTHER ORDERED** a Certificate of Appealability is **DENIED** because dismissal of the petition is justified by a plain procedural bar and jurists of reason would not find the procedural ruling debatable.

…

**IT IS FURTHER ORDERED** the Clerk of Court shall close this matter.

Dated this 19th day of March, 2021.

Honorable Roslyn O. Silver
Senior United States District Judge